IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, Successor to RBC Bank (USA), Successor to First American Bank, Successor to Bank of Dadeville, )<br><br>Plaintiff, )<br><br>v. )<br><br>TIGER COMMUNICATIONS EDUCATIONAL FOUNDATION, INC., and THOMAS M. HAYLEY a/k/a Tom M. Hayley a/k/a Tom Hayley, )<br><br>Defendants. ) | CIVIL ACTION NO.<br>3:15cv764-MHT<br>(WO) |

CONSENT JUDGMENT

Having considered the parties' joint motion for entry of consent judgment, in which the parties have agreed to resolve this matter by a consent judgment to be entered in the amount of $ 184,000.34 on all claims in favor of plaintiff PNC Bank National Association, successor to RBC Bank (USA), successor to First American Bank, successor to Bank of Dadeville, and

jointly and severally against defendants Tiger Communications Educational Foundation, Inc. and Thomas M. Hayley a/k/a Tom M. Hayley a/k/a Tom Hayley, the court ORDERS that the motion (doc. no. 15) is granted.

It is further the ORDER, JUDGMENT, and DECREE of the court that:

(1) A final monetary judgment in favor of plaintiff PNC Bank, National Association, successor to RBC Bank (USA), successor to First American Bank, successor to Bank of Dadeville is hereby entered against defendants Tiger Communications Educational Foundation, Inc. and Thomas M. Hayley a/k/a Tom M. Hayley a/k/a Tom Hayley, jointly and severally, in the amount of $ 184,000.34, which is comprised of principal in the amount of $ 139,142.00, accrued interest through April 15, 2016, in the amount of $ 28,319.60, late fees in the amount of $ 4,587.90, and attorney's fees and costs of collection in the amount of $ 11,950.84.

(2) Court costs are taxed against defendants Tiger Communications Educational Foundation, Inc. and

**Thomas M. Hayley a/k/a Tom M. Hayley a/k/a Tom Hayley, and are included in the amount of the judgment entered in favor of plaintiff herein.**

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 14th day of April, 2016.**

**/s/ Myron H. Thompson**
**UNITED STATES DISTRICT JUDGE**